Ashley R. Morris, Esq., SBN 225455
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 443-5100
Facsimile:   (213) 443-5101

Attorneys for Defendants,
JEFFREY WEISS STANSFIELD and AMERICAN RED CROSS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON CARNEVALE, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY WEISS STANSFIELD, AMERICAN RED CROSS, and DOES 1-50, <br><br> Defendants. | Case No.: 2:20-cv-9073 <br><br> **AMERICAN NATIONAL RED CROSSES NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331, 1441, 1446; 36 U.S.C. § 300105(a)(5)** <br><br> Removed from Superior Court of the State of California, County of Los Angeles, Case No. 20STCV25745 |

I, Ashley R. Morris, declare as follows:

1. I am an attorney with Wilson Elser Moskowitz Edelman & Dicker LLP, attorneys for Defendants JEFFREY WEISS STANSFIELD and AMERICAN RED CROSS ("Red Cross") in this matter. I have personal knowledge of the facts contained herein except for those statements based on information and belief. I can competently testify to these facts if called as witness.

2. On or about July 8, 2020, Plaintiff Don Carnevale ("Carnevale") filed with the Superior Court of the State of California for the County of Los Angeles a Complaint bearing Case No. 20STCV25745. A true and correct copy of the above-referenced Complaint and associated Summons is attached hereto as Exhibit "A."

3. Plaintiff served Red Cross with the Summons and Complaint in this action.

4. In accordance with 28 U.S.C. § 1446(a), and to the best of the Red Cross's knowledge the papers attached hereto as Exhibits "A" are all of the process, pleadings and orders served to date upon the defendant in the State Court Action.

## JURISDICTION

5. Federal subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1441(a), (b) exists over Red Cross by virtue of 36 U.S.C. § 300105(a)(5), a provision of the Red Cross federal charter that grants it the power to "sue and be sued in courts of law and equity, State or Federal within the jurisdiction of the United States".

6. Red Cross is now, and was at the time of the filing of the complaint and at all intervening times, a corporation organized by act of Congress in the District of Columbia, with its principal place of business in the District of Columbia.

7. The United States Supreme Court has held that the Red Cross's charter creates original federal jurisdiction over suits involving the Red Cross and that therefore the Red Cross is entitled to remove to federal court all state court actions it is defending *American National Red Cross v. S.G.* (1992) 505 U.S. 247.

8. In *S.G., supra*, the United States Supreme Court construed the "sue and be sued" provision of the Red Cross charter as conferring "original jurisdiction of federal courts over all cases of which the Red Cross is a party, with the consequence that *the organization is thereby authorized to remove from state and federal court any state law action it is defending*." (112 S.Ct. at 2467 [emphasis added].)

9. On October 1, 2020, counsel for Red Cross met and conferred with counsel for Plaintiff regarding removal.

10. Because of Red Cross's right to removal derives from its charter, 36 U.S.C. § 2, and is specific to itself and because the Supreme Court has expressly held that Red Cross may remove "any state law action" it is defending, *S.G.*, 112 S.Ct. at 2466-67, Red Cross believes that the consent of the remaining DOE Defendants is not required.

11. Red Cross desires to remove the State Court Action to this Court and submits this Notice, along with the attached Exhibit, in accordance with 28 U.S.C. §§ 1441 and 1446.

12. This Notice is being filed within 30 days after service on Red Cross in accordance with 28 U.S.C. § 1446(b) or, alternatively, by stipulated extension with Plaintiff's counsel who has requested response to complaint during the week of October 5, 2020.

13. Written notice of the filing of this Notice of Removal will be given to all parties and, together with a copy of the Notice of Removal and supporting papers will be filed with the Clerk of the Superior Court of the State of California, County of Sutter, as provided by 28 U.S.C. § 1446(d). See Certificate of Compliance with 28 U.S.C. § 1146(d) (see attached proof of service).

14. In the event the court of any party questions Red Cross's right to remove pursuant to 36 U.S.C. § 2, 28 U.S.C. §§ 1441 and 1446, Red Cross respectfully requests the opportunity to brief the issue and be heard in oral argument.

WHEREFORE, the Red Cross prays that the State Court Action be removed to this Court.

///
///
///
///

**DEMAND FOR JURY TRIAL**

15. The Red Cross hereby demands a trial by jury in this action.

Dated: October 2, 2020                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Ashley R. Morris*_____
Ashley R. Morris
Attorneys for Defendants,
JEFFREY WEISS STANSFIELD and AMERICAN RED CROSS